UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-8877-MWF(JEMx)**                              Dated: **January 11, 2016**

Title:   Estela Gomez -v- Mirada Hills Rehabilitation etc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

  Rita Sanchez                              Pat Cuneo
  Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

  MaryAnn P. Gallagher                      Peter A. Martin


**PROCEEDINGS:       PLAINTIFF'S MOTION TO REMAND CASE [14]**

  The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

  Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:12 min